AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JON C. JAMES,

                Plaintiff,

v.

COMMUNITY COLLEGES OF SPOKANE, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-381-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint and the claims therein are Dismissed With Prejudice.

January 29, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson